Thomas M. DeMicco (TD 5037)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: 914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

*ATTORNEYS FOR DEFENDANT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIRVANA INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC., <br><br> Defendants. | Case No. 11-CIV-8738 <br><br> **ADT SECURITY SERVICES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ADT Security Services, Inc. hereby states that it is an indirect, wholly-owned subsidiary of Tyco International, Ltd. Tyco International, Ltd. is a publicly-held entity that owns ten percent or more of the defendant's shares of stock.

Dated: White Plains, New York
December 22, 2011

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

_____
Thomas M. DeMicco
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: 914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

*Attorneys for Defendant*
*ADT Security Services, Inc.*

4827434 v1
3784126.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this statement was served via US Mail and CM/ECF filing on December 22nd, 2011 to:

Steven A. Berger
Jonathan Rogin
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY  10036
Telephone:     212-319-1900
Facsimile:     212-319-2017
sberger@bergerwebb.com
jrogin@bergerwebb.com

***Attorneys for Plaintiff***
***Nirvana International, Inc.***

_____
Thomas M. DeMicco (TD 5037)

3