Kaplan, J



JUDGE KAPLAN'S CHAMBE[RS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIRVANA INTERNATIONAL, INC.,

                Plaintiff,

-against-

ADT SECURITY SERVICES, INC.,

                Defendant.

11-cv-8738 (LAK) (ECF Case)

STIPULATION

    IT IS HEREBY STIPULATD AND AGREED, by and between the undersigned counsel for the parties herein, that the briefing schedule on the motion to dismiss filed by defendant ADT Security Services, Inc. shall be and hereby is changed from the timing set forth in Local Civil Rule 6.1, such that plaintiff's opposition papers shall be served on or before January 19, 2012, and defendant's reply papers shall be served on or before February 2, 2012.

    This is the first request for an adjournment of the briefing schedule for this motion.

Dated:  December 28, 2011

BERGER & WEBB, LLP

By: _____
    Jonathan Rogin (JR-9800)

*Attorneys for Plaintiff*
7 Times Square, 27th Floor
New York, New York 10036
(212) 319-1900
jrogin@bergerwebb.com

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
    Thomas M. DeMicco (TD-5037)

*Attorneys for Defendant*
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
thomas.demicco@wilsonelser.com

SO ORDERED:

_____
Honorable Lewis A. Kaplan, U.S.D.J.

80061.1

1/4/12

USDC [SDNY]
DOCUMENT
ELECTRONICALLY FILED
#: _____
1/4/12