Thomas M. DeMicco (TD 5037)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY  10604-3407
Telephone:    914-323-7000
Facsimile:    914-323-7001
thomas.demicco@wilsonelser.com

*ATTORNEYS FOR DEFENDANT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| NIRVANA INTERNATIONAL, INC., | |
|---|---|
| Plaintiff, | Case No. 11-CIV-8738 (LAK) |
| vs. | |
| ADT SECURITY SERVICES, INC., | **ADT SECURITY SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS** |
| Defendants. | |

Due to Plaintiff filing an Amended Complaint (Doc. 10) on January 11, 2012, ADT Security Services, Inc. withdraws its pending Motion to Dismiss (Doc. 6) and accompanying Memorandum of Law in Support (Doc. 7) filed on December 23, 2011, without prejudice to re-filing.

Dated:  White Plains, New York
       January 17, 2012

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

/s/ Thomas M. DeMicco
Thomas M. DeMicco
3 Gannett Drive
White Plains, NY  10604-3407
Telephone:    914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

*Attorneys for Defendant*
*ADT Security Services, Inc.*

4856140 v1
3809766.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this memorandum was served via US Mail and CM/ECF filing on January 17, 2012 to:

Steven A. Berger
Jonathan Rogin
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone:    212-319-1900
Facsimile:    212-319-2017
sberger@bergerwebb.com
jrogin@bergerwebb.com

***Attorneys for Plaintiff***
***Nirvana International, Inc.***

_____
Thomas M. DeMicco (TD 5037)