Thomas M. DeMicco (TD 5037)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: 914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 1/18/12

*ATTORNEYS FOR DEFENDANT*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIRVANA INTERNATIONAL, INC.,

        Plaintiff,

vs.

ADT SECURITY SERVICES, INC.,

        Defendants.

Case No. 11-CIV-8738
(LAK)

**ADT SECURITY SERVICES, INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS**

Due to Plaintiff filing an Amended Complaint (Doc. 10) on January 11, 2012, ADT Security Services, Inc. withdraws its pending Motion to Dismiss (Doc. 6) and accompanying Memorandum of Law in Support (Doc. 7) filed on December 23, 2011, without prejudice to re-filing.

Dated: White Plains, New York
       January 17, 2012

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

_____
Thomas M. DeMicco
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: 914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

*Attorneys for Defendant*
*ADT Security Services, Inc.*

*The motion (DI 6) is withdrawn.*

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ

1/17/12