Thomas M. DeMicco (TD 5037)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone:    914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

*ATTORNEYS FOR DEFENDANT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIRVANA INTERNATIONAL, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC., <br><br>  Defendants. | Case No. 11-CIV-8738 <br><br> **DEFENDANT ADT SECURITY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant, ADT SECURITY SERVICES, INC., moves the Court, upon the accompanying memorandum of law, for an Order under Fed. R. Civ. Pro. 12(b)(6) dismissing Plaintiff's Amended Complaint with prejudice because Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

Answering papers, if any, are required to be served upon the undersigned within fourteen (14) days after service of the motion, pursuant to Local Civil Rule 6.1.

The Court will notify the parties regarding the hearing date.

Dated:  White Plains, New York
        January 24, 2012

                                    Respectfully Submitted,

                                    WILSON ELSER MOSKOWITZ
                                    EDELMAN & DICKER LLP

                                    _____
                                    Thomas M. DeMicco (TD 5037)
                                    3 Gannett Drive
                                    White Plains, NY 10604-3407

Telephone:    914-323-7000
Facsimile:  914-323-7001
thomas.demicco@wilsonelser.com

***Attorneys for Defendant***
***ADT Security Services, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion was served via US Mail and CM/ECF filing on January 24, 2012 to:

Steven A. Berger
Jonathan Rogin
BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036
Phone: 212-319-1900
Fax:     212-319-2017
sberger@bergerwebb.com

*Attorneys for Plaintiff*
*Nirvana International, Inc.*

Thomas M. DeMicco (TD 5037)