Thomas M. DeMicco (TD 5037)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone: 914-323-7000
Facsimile: 914-323-7001
thomas.demicco@wilsonelser.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIRVANA INTERNATIONAL, INC.,

            Plaintiff,

vs.

ADT SECURITY SERVICES, INC.,

            Defendant.

---

Case No. 11-CIV-8738

**MOTION FOR ADMISSION PRO HAC VICE**

**MEMO ENDORSED**

DOC # 20



Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Aaron K. Kirkland, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant ADT Security Services, Inc. in the above-captioned action.

I am in good standing of the bar of the state of Missouri, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 6, 2012

SO ORDERED [granted]

LEWIS A. KAPLAN, USDJ
3/15/12

Respectfully submitted,

Aaron K. Kirkland
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
E-mail: akirkland@shb.com

4928860 v1