UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIRVANA INTERNATIONAL, INC.,

                Plaintiff,

vs.

ADT SECURITY SERVICES, INC.,

                Defendant.

Case No. 11-CIV-8738

**ORDER FOR ADMISSION**
**PRO HAC VICE**

    The motion of Charles C. Eblen for admission to practice pro hac vice in the above-captioned action is granted.

    Charles C. Eblen has declared that he is a member in good standing of the bar of the state of Missouri and New Jersey, and that his contact information is as follows:

> Charles C. Eblen
> Shook, Hardy & Bacon LLP
> 2555 Grand Boulevard
> Kansas City, MO 64108
> Telephone: 816-474-6550
> Facsimile: 816-421-5547
> E-mail: ceblen@shb.com



USDS SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 6/1/12

    Charles C. Eblen having requested admission pro hac vice to appear for all purposes as counsel for ADT Security Services, Inc. in the above-entitled action:

    **IT IS HEREBY ORDERED** that Charles C. Eblen is admitted to practice pro hac vice in the above-captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediate apply for an ECF password.

Dated: June 1, 2012

                                          _____
                                          United States District Court Judge

5082810 v1