USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NIRVANA INTERNATIONAL, INC.,
                Plaintiff,

-against-

ADT SECURITY SERVICES, INC.,
                Defendant.
------------------------------------------------------------X

11 **CIVIL** 8738 (CM)

**JUDGMENT**

Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on July 31, 2012, having rendered its Decision and Order granting Defendant's motion is granted, and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 31, 2012, Defendant's motion is granted, and the complaint is dismissed; Plaintiff is free to seek its $1000 from Defendant in State court, where the jurisdictional deficiencies identified in the Decision and Order dated July 31, 2012 are no barrier to recovery; accordingly, the case is closed.

**Dated:** New York, New York
         July 31, 2012

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
               **BY:**
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____