UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIRVANA INTERNATIONAL, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADT SECURITY SERVICES, INC.,<br><br>                    Defendant. | 11-cv-8738 (CM) (ECF Case)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Nirvana International, Inc. ("Plaintiff") hereby appeals to the United States Court of Appeals for the Second Circuit from: (i) the final judgment entered in this action on July 31, 2012; and (ii) the Decision and Order of the United States District Court for the Southern District of New York (McMahon, U.S.D.J.), dated July 31, 2012, on which the foregoing judgment is based, granting Defendant ADT Security Services, Inc.'s motion to dismiss Plaintiff's amended complaint in its entirety.

Dated: New York, New York
       August 24, 2012

                                              BERGER & WEBB, LLP

                                              By: _____
                                                  Steven A. Berger (SB-2038)
                                                  Jonathan Rogin (JR-9800)

                                              *Attorneys for Plaintiff*
                                              7 Times Square, 27th Floor
                                              New York, NY 10036

To:    Thomas DeMicco, Esq.
         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
         3 Gannett Drive
         White Plains, NY 10604-3407
         (914) 872-7244

81440.1

2

Aaron K. Kirkland, Esq.
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

*Attorneys for Defendant*